T. W. TAYLOR and wife v. HENRY POPE.

FROM CUMBERLAND.

The point presented in this appeal is the same as that decided in *Godwin* v. *Monds, ante,* 354, and it was determined in the same way.

Error.